COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
02 1M
000 4279596
MAILED FROM ZIP CODE 78701
$00.406
PITNEY BOWES
MAR 31 2015

RE: WR-12,375-24

55 04015003 047720

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY # 18805
P.O. BOX 26007
BEAUMONT, TX 77720

UTF